PD-1046-15

Re: Devon Stiff v. STATE OF Texas
Cause No. F06-19538-W
No. 05 13-01471-CR

Dear, Clerk                          10-19-15

Please file and bring to the Courts attention
foregoing motion to amend original Petition for
discretionary review. Thank you for your time a
Consideration

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 23 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS
OCT 23 2015

Abel Acosta, Clerk

Respectfully Submitted

Devon Stiff #1892905

IN THE COURT OF CRIMINAL APPEALS
OF TEXAS

Cause No. F06-19538-W

STATE OF TEXAS      NO. 05.-13-01471-CR

V.

DEVON STIFF

## MOTION TO AMEND
## ORIGINAL PETITION FOR DISCRETIONARY REVIEW

Comes Now Petitioner Devon Stiff hereby request this Court consider the following pursuant to Texas Rules of Court Code of Judical Conduct:

### I

Newly discovered evidence will show exigent circumstance was created by Petitioner's trial and Appellant Attorney. Violation of mandatory provision of Texas Code of Criminal Procedure Art. 1.051(a) and Art. 26.04(J)(1) were committed following trial.

### II

The record will show petitioner was denied effective counsel as of rights of appeal. As a result petitioner filed with this court on October 16 2013 a pro-se Notice of Appeal. On october 31 2013 a motion for New Trial was filed with 363rd Judicial District Court Dallas County Texas pro-se

1.

## III

Aforesaid violation deprived petitioner of the opurtunity to develop and perserve errors in motion for new trial preceedings.

## IV

Texas Code of Criminal Procedure Art. 26.04(J)(1) States; contact defendant no later then a day after appointment and interview defendant soon after. Under article 1.51(a) The right to representation, consultation in private sufficiently in advance for adequate preparation of proceedings.

## V

In light of these provision petitioner recleved nominal and deficient assistance at a critical stage of Appeal. The court held in Whitemore v. STATe 570. S.W 2d 889; "That a procedual rule must yield to a superior constutional right. and In Euits v. Lucey 469 U.S. 387, 388; Nominal representation on appeal is not constitutionaly adequate.. a party recieves such is in no better posistion than one without counsel.

## VI

The inadequeate assistants during this critical stage caused petitioner's Appeal to suffer irreparably. No waiver of 10 day time for preparations for proceeding was made after recieving appointed Counsel or an extention filed. Petitioner was not notified of Appeal rights unitil after trial cousel withdrew between the 16th and 31st of october 2013. Records from dallas County Jail are silient of post trial interview by trial attorney Calvin Johnson or Appointed Appeal attorney Julie Woods. The interview process would have afforded petitioner proper disclouser of appeal rights and competent evaluation of errors for motion for new trial and direct appeal.

In Griffin V. State 489 S.W.2d 290,292 Court of Criminal Appeals held where a violation of article 26.04 has occured reversal is ordainarly Caled without any question. See Steward VS. STATE 422.S.W.2d 733.

3.

## VII

The aforemention Negligence has caused a misscarrige of Justice and the demise of petitioner direct appeal. Petitioner request this court assess the prejudice that has taken place pursuant to the 6th amendment u.s constitution; Strickland V. Washington; Alvarez V. STATE 79 S. W. 3d 679; Massingil V. STATE 8. S. W. 3d 733; Prude homme V. STATE 28. S.W. 3d 114

## PRAYER

Wherefore premisses Considered petitioner prays the court excepts the foregoing motion to amend original petition for discretionary review and adjudicate this miscarrige of justice and reverse on the mandatory provision violation.

Respectfull Submitted

Devon Stiff 1892905

1681 S. FM 3525
Colorado City, Texas
79512

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing motion was sent by U.S. postal service postage prepaid on 10-19-15 to STATE OF Texas Prosecuting Attorney Lisa C. McMinn Price Daniel S. Bldg, 209 W 14th St Rm 202 Austin, Texas 78701 and Dallas County District Attorney Susan Hawk Frank Crowley Courts Bldg 133 N. Riverfront Blvd LB 19 Dallas, Texas 75207

Devon Stiff